# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:06CR118-02** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SEAN TREMAIN PHILLIPS** | ) | |
| | ) | |

This MATTER is before the Court upon the Federal Medical Center's Motion for extension of time to allow the clinical staff sufficient time to conduct a thorough examination. The evaluation would be completed by August 13, 2007, and a report would be available to the Court by September 10, 2007.

**IT IS THEREFORE ORDERED** that the Federal Medical Center is allowed the extension of time to conduct a thorough examination with a completion date of August 13, 2007 and a report available to the Court by September 10, 2007.

IT IS SO ORDERED.

Signed: August 1, 2007

Frank D. Whitney
United States District Judge